## IN THE MISSOURI COURT OF APPEALS
## JUNE 10, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

| | |
|---|---|
| WD75677 | William T Morrison Jr. vs. State of Missouri |
| WD76332 | Ray Famous vs. Missouri Board of Probation & Parole |
| WD76539 | Terrance Wainwright vs. State of Missouri |
| WD76654 | Cathy Lane vs. Dennis Newberry, et al |
| WD76746 | Mason McNail vs. City of Richmond Heights |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------------------

**None**